Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Malizup LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Otani Steakhouse** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 6 – 3 1 7 3 9 2 2** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **415 Adams Drive, Suite 435**<br>Number        Street | Number        Street |
| **Weatherford, TX 76086**<br>City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Parker**<br>County | Number        Street |
| | City                State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Malizup LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**7  2  2  5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                              MM / DD / YYYY

Case number, if known _____

Debtor    **Malizup LLC**                                                                    Case number *(if known)*
_____
     Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

    **Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number       Street

_____

_____
City               State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

             Contact name _____

             Phone _____

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| **14. Estimated number of creditors** | | | |
|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | |
| ☐ 200-999 | | | |

| **15. Estimated assets** | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | **Malizup LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**16. Estimated liabilities**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/07/2025__
MM/ DD/ YYYY

**X** __/s/ Seng Nu Maru__ | __Seng Nu Maru__
Signature of authorized representative of debtor | Printed name

Title _____**Managing Member**_____

**18. Signature of attorney**

**X** _____/s/ Robert T DeMarco_____  Date __08/07/2025__
Signature of attorney for debtor  MM/ DD/ YYYY

__Robert T DeMarco__
Printed name

__DeMarco Mitchell, PLLC__
Firm name

__12770 Coit Road, Suite 850__
Number        Street

__Dallas__  __TX__  __75251__
City  State  ZIP Code

__(972) 991-5591__  __robert@demarcomitchell.com__
Contact phone  Email address

__24014543__  __TX__
Bar number  State

---

**Fill in this information to identify the case:**

Debtor Name  **Malizup LLC**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand** | **$2,500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Bank of America** | **Checking account** | **9  5  3  5** | **$9,900.00** |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | | |
| --- | --- | --- |
| 4.2 | | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | **$12,400.00** |
   | --- | --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 | |
| --- | --- |

Debtor     **Malizup LLC**                                                Case number *(if known)* _____
         Name

---

7.2 _____      _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____      _____

     8.2 _____      _____

9.   **Total of Part 2**                                     ┌─────────────┐
                                                             │_____│
     Add lines 7 through 8. Copy the total to line 81.       └─────────────┘

| Part 3: | Accounts receivable |
|---------|---------------------|

10.  **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

                                                             **Current value of
                                                             debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less: _____ - _____ =.....➔    _____
                               face amount        doubtful or uncollectible accounts

     11b. Over 90 days old: _____ - _____ =.....➔       _____
                            face amount        doubtful or uncollectible accounts

12.  **Total of Part 3**                                      ┌─────────────┐
                                                              │_____│
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.    └─────────────┘

| Part 4: | Investments |
|---------|-------------|

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                          **Valuation method used    Current value of
                                          for current value**        debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____      _____    _____

     14.2 _____      _____    _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture**

     Name of entity:                          % of
                                              ownership:

     15.1 _____      _____    _____    _____

     15.2 _____      _____    _____    _____

---

Debtor  **Malizup LLC**

Name

Case number *(if known)* _____

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____  _____  _____

   16.2 _____  _____  _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.

   ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **Fish / Seafood Products** | _____ MM / DD / YYYY | unknown | | $2,950.00 |
| **Steak / Chicken** | _____ MM / DD / YYYY | unknown | | $1,290.00 |
| **20.  Work in progress** | | | | |
| **Fish / Seafood Products** | _____ MM / DD / YYYY | unknown | | $800.00 |
| **Steak / Chicken** | _____ MM / DD / YYYY | unknown | | $650.00 |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | | | |
| **22.  Other inventory or supplies** | | | | |
| **Produce** | _____ MM / DD / YYYY | unknown | | $489.00 |
| **Rice, Oil, Soy Sauce & Noodles** | _____ MM / DD / YYYY | unknown | | $2,163.00 |
| **ToGo Boxes / Misc.** | _____ MM / DD / YYYY | unknown | | $3,000.00 |
| **Wine, Beer & Sake** | _____ MM / DD / YYYY | unknown | | $2,500.00 |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $13,842.00 |

---

Debtor    **Malizup LLC**                                          Case number *(if known)* _____
　　　　　Name

---

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------|-----------------------------------------|------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

_____

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

---

Debtor   **Malizup LLC**
_____
Name

Case number *(if known)* _____

---

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment: and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Booths & Chairs | unknown | Cost | $2,500.00 |
| Tables | unknown | Cost | $500.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Hibachi Tables / Exhaust Hoods | unknown | Cost | $20,000.00 |
| Kitchen Exhaust Hoods | unknown | Cost | $1,500.00 |
| Ice Machine, Sushi Case, Beverage Cooler | unknown | Cost | $4,000.00 |
| Prep Tables, Deep Fryers | unknown | Cost | $1,500.00 |
| Sake Machine, Beer Cooler & Desert Freezer | unknown | Cost | $1,500.00 |
| POS System, Tablets, Soup Warner, Small Wares | unknown | | $500.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $32,000.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

Debtor    **Malizup LLC**                                                    Case number *(if known)* _____
_____
Name

---

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.

   ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2022 Chevrolet Silverado / VIN: 3GCUDHELONG634709** | **unknown** | | **$41,000.00** |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.                                            **$41,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Debtor    **Malizup LLC**

Name

Case number *(if known)*

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br><br>_____ | _____ | _____ | _____ |
| 61.   **Internet domain names and websites**<br><br>_____ | _____ | _____ | _____ |
| 62.   **Licenses, franchises, and royalties**<br><br>_____ | _____ | _____ | _____ |
| 63.   **Customer lists, mailing lists, or other compilations**<br><br>_____ | _____ | _____ | _____ |
| 64.   **Other intangibles, or intellectual property**<br><br>_____ | _____ | _____ | _____ |

Debtor        **Malizup LLC**                                                    Case number *(if known)*
                 Name

---

65.    **Goodwill**

_____    _____  _____    _____

66.    **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                    ☐ _____

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | All other assets |
| --- | --- |

70.    **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71.    **Notes receivable**

Description (include name of obligor)

_____    _____  –  _____  = ➔    _____
                               Total face amount    doubtful or uncollectible amount

72.    **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.    **Interests in insurance policies or annuities**

_____                          _____

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          _____

       **Nature of claim**    _____

       **Amount requested**    _____

Debtor    **Malizup LLC**
Name

Case number *(if known)*

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim**

   **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

Debtor    **Malizup LLC**
        Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $12,400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,842.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $32,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $41,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................... ➡ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ＋ | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $99,242.00 | ＋ 91b. _____ |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................................................ | | $99,242.00 |

Fill in this information to identify the case:

Debtor name __**Malizup LLC**__

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1**    **Creditor's name**

__**Celtic Bank Corporation**__

**Creditor's mailing address**

__**268 South State St. STE 300**__

__**Salt Lake City, UT 84111**__

**Creditor's email address, if known**

_____

**Date debt was incurred**    __**09/29/2021**__

**Last 4 digits of account number**    **8  1  1  4**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

Cash, Bank of America, Booths & Chairs, Fish / Seafood Products, Fish / Seafood Products, Hibachi Tables / Exhaust Hoods, Ice Machine, Sushi Case, Beverage Cooler, Kitchen Exhaust Hoods, POS System, Tablets, Soup Warner, Small Wares, Prep Tables, Deep Fryers, Produce, Rice, Oil, Soy Sauce & Noodles, Sake Machine, Beer Cooler & Desert Freezer, Steak / Chicken, Steak / Chicken, Tables, ToGo Boxes / Misc., Wine, Beer & Sake

**Describe the lien**

Blanket Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $428,800.00 | $58,242.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$455,986.00**

Debtor    **Malizup LLC**

Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**GM Financial**

**Describe debtor's property that is subject to a lien**

2022 Chevrolet Silverado

$27,186.00

$41,000.00

**Creditor's mailing address**

P.O. Box 650595

Dallas, TX 75265-0595

**Describe the lien**

**Purchase Money**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    08/06/2022

**Last 4 digits of account number**    6  5  7  8

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

Debtor name _____ **Malizup LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Texas Comptroller of Public Accounts**<br><br>**Bankruptcy & Collections Division**<br><br>**P.O. Box 12548, MC-008**<br><br>**Austin, TX 78711**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>**Sales Tax**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $19,061.00 | $19,061.00 |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | **Malizup LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong> List All Creditors with NONPRIORITY Unsecured Claims</td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Bank of America**

**PO Box 660441**

**Dallas, TX 75266**

Date or dates debt was incurred _____

Last 4 digits of account number **0  2  1  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Revolving Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$60,102.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Byzfunder**

**530 7th Ave. Ste. 505**

**New York, NY 10018**

Date or dates debt was incurred **08/29/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

**$76,194.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Forward Financing**

**53 State Street, 20th Floor**

**Boston, MA 02109**

Date or dates debt was incurred **11/05/2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

**$9,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Headway Capital LLC**

**4700 Daybreak Pkwy, Suite 200**

**South Jordan, UT 84009**

Date or dates debt was incurred _____

Last 4 digits of account number **9  8  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

**$125,447.00**

Debtor    **Malizup LLC**
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,382.00 |
|---|---|---|---|

**Itria Ventures LLC**

**One Penn Plaza, Suite 3101**

**New York, NY 10119**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    **07/28/2024**

Basis for the claim:  **MCA**

Last 4 digits of account number    **9   2   0   8**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,461.00 |
|---|---|---|---|

**Parafin**

**301 Howard St. Suite 1500**

**San Francisco, CA 94105**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    _____

Basis for the claim:  **MCA**

Last 4 digits of account number    __  __  __  __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Malizup LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Ariel Bouskila** | Line **3.2** | |
| **1545 Route 202, Ste 101** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **Pomona, NY 10970** | _____ | |
| 4.2 **Constantine Z. Pamphilis** | Line **3.5** | |
| **1415 Louisiana Street** | ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **Houston, TX 77002** | _____ | |

Debtor    __Malizup LLC_____        Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $19,061.00 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $333,586.00 |
| 5c.  **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $352,647.00 |

Fill in this information to identify the case:

Debtor name **Malizup LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Contract to be ASSUMED** | **Greatlands Texas, LLC** |
| | | **3100 Monticello Ave** |
| | State the term remaining | **Dallas, TX 75205** |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name **Malizup LLC**

United States Bankruptcy Court for the: **Northern** District of **Texas**

                                                                                      (State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                            12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Maru, Seng Nu** | **8749 Rock Hibiscus Dr.**<br>Street<br><br>**Fort Worth, TX 76131**<br>City          State          ZIP Code | **Celtic Bank Corporation** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Texas Comptroller of Public Accounts** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Greatlands Texas, LLC** | ☐ D<br>☐ E/F<br>☑ G |
| | | **Headway Capital LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Byzfunder** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Forward Financing** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Itria Ventures LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Parafin** | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206H                        **Schedule H: Codebtors**                        page 1 of __2__

| Debtor | **Malizup LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td style="background:black"> </td><td colspan="2">Additional Page if Debtor Has More Codebtors</td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.2 | **San, Brang** | **8749 Rock Hibiscus Drive** <br> Street <br><br> **Fort Worth, TX 76131** <br> City    State    ZIP Code | **Celtic Bank Corporation** | ☑ D  ☐ E/F  ☐ G |
| | | | **Itria Ventures LLC** | ☐ D  ☑ E/F  ☐ G |
| | | | **Greatlands Texas, LLC** | ☐ D  ☐ E/F  ☑ G |
| | | | **Bank of America** | ☐ D  ☑ E/F  ☐ G |
| 2.3 | _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.5 | _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.6 | _____ | Street <br><br> City    State    ZIP Code | _____ | ☐ D  ☐ E/F  ☐ G |

Fill in this information to identify the case:

Debtor name **Malizup LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real Property:**

   Copy line 88 from *Schedule A/B*..................................................................................

   | $0.00 |

   **1b. Total personal property:**

   Copy line 91A from *Schedule A/B*...............................................................................

   | $99,242.00 |

   **1c. Total of all property:**

   Copy line 92 from *Schedule A/B*..................................................................................

   | $99,242.00 |

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $455,986.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................

   | $19,061.00 |

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + $333,586.00 |

4. **Total liabilities**.......................................................................................................................................................................

   Lines 2 + 3a + 3b

   | $808,633.00 |

Fill in this information to identify the case:

Debtor name _____**Malizup LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **List of Equity Security Holders**_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**08/07/2025**__          X **/s/ Seng Nu Maru**_____
          MM/ DD/ YYYY                Signature of individual signing on behalf of debtor

                                **Seng Nu Maru**_____
                                Printed name

                                **Managing Member**_____
                                Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Malizup LLC** |
| United States Bankruptcy Court for the: | **Northern District of Texas** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1.   **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$1,114,302.00** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$2,143,366.00** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | **$2,283,965.00** |

2.   **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |

Debtor     **Manzup LLC**
                    Name

Case 25-42948-mxm11     Doc 1     Filed 08/07/25     Entered 08/07/25 22:08:46     Desc Main
                            Document     Page 28 of 47     Case number *(if known)*

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Forward Financing** <br> Creditor's name <br> **53 State Street, 20th Floor** <br> Street <br><br> **Boston, MA 02109** <br> City                State     ZIP Code | | **$29,250.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **MCA** |
| 3.2. **Celtic Bank Corporation** <br> Creditor's name <br> **268 South State St. STE 300** <br> Street <br><br> **Salt Lake City, UT 84111** <br> City                State     ZIP Code | **04/25/2025** <br><br> **05/27/2025** <br><br> **06/25/2025** | **$23,096.00** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other |
| 3.3. **Byzfunder** <br> Creditor's name <br> **530 7th Ave. Ste. 505** <br> Street <br><br> **New York, NY 10018** <br> City                State     ZIP Code | **05/20/2025** <br><br> **06/20/2025** <br><br> **07/20/2025** | **$33,868.98** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **MCA** |
| 3.4. **Greatlands Texas, LLC** <br> Creditor's name <br> **3100 Monticello Ave** <br> Street <br><br> **Dallas, TX 75205** <br> City                State     ZIP Code | | **$43,338.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Rent** |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor  **Manzup LLC**

Name                                                                                          Case number *(if known)*

**4.1.**

_____

Creditor's name

_____

Street

_____

_____

City                        State      ZIP Code

| Relationship to debtor |
|---|

_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1.** _____ | | | |
| Creditor's name _____ | | | |
| Street _____ | | | |
| _____ | | | |
| City        State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ | | | |
| Creditor's name _____ | XXXX– __ __ __ __ | | |
| Street _____ | | | |
| _____ | | | |
| City        State      ZIP Code | | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor    **Malizup LLC**    Case number *(if known)*
_____
Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **ITRIA VENTURES LLC VS MALIZUP LLC** | **Breach of Contract** | **THE STATE OF TEXAS DISTRICT COURT, TARRANT COUNTY**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | 342-359644-24 | | | |
| | | | City         State    ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|-----------|----------------|-----------------------------------|----------------|
| | **BYZFUNDER NY LLC VS MALIZUP LLC** | **Breach of Contract** | **SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF MONROE**<br>Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | Street | |
| | E2024020253 | | | |
| | | | City         State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|----------------------------|-------|
| | Custodian's name | Case title | Court name and address |
| | Street | | Name |
| | | Case number | Street |
| | City         State    ZIP Code | | |
| | | Date of order or assignment | City         State    ZIP Code |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor  **Manzup LLC**
_____          Case number *(if known)* _____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **Maran, Brang** <br> Recipient's name | **Thanksgiving / Christmas Gift** | **11/2023** | **$5,000.00** |
| | **35 Lucas Lane** <br> Street | | | |
| | **Fort Worth, TX 76134** <br> City            State    ZIP Code | | | |
| | Recipient's relationship to debtor <br> **Restaurant Manager** | | | |

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | **MYANMAR CHRISTIAN CHURCH** <br> Recipient's name | **7/23 - 7/25 FIRST FRUITS & TENTH GIVING TO CHURCH** | | **$60,089.00** |
| | **701 W STATE STREET** <br> Street | | | |
| | **Garland, TX 75040** <br> City            State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | | | | |

## Part 6:   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    **Manzup LLC**    Case number *(if known)*
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **07/17/2025** | **$11,738.00** |

**Address**

**12770 Coit Road, Suite 850**
Street

**Dallas, TX 75251**
City                State    ZIP Code

**Email or website address**

**robert@demarcomitchell.com**

**Who made the payment, if not debtor?**

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | **Trustee** | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor **Manzup LLC** Name    Case number *(if known)*

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **SUT PRA LLC** | | | $92,925.53 |

| Address |
|---|
| **227 E FM 544, SUITE 609** |
| Street |
| |
| **Murphy, TX 75094** |
| City                     State        ZIP Code |

| Relationship to debtor |
|---|
| |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City        State    ZIP Code | |

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ | | *Check all that apply:* |
| City        State    ZIP Code | _____ | ☐ Electronically |
| | _____ | ☐ Paper |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 7

Debtor   **Manzup LLC**

Name

Case number *(if known)*

| Part 9: | Personally Identifiable Information |
|---|---|

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>_____<br>City          State     ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City   State   ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City   State   ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor **Mailzup LLC**
_____
Name

Case number *(if known)* _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| | Street | | ☐ Concluded |
| _____ | | _____ | |
| | _____ | _____ | |
| | City          State    ZIP Code | | |

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | |
| Street | Street | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   **Manzup LLC**
         _____
         Name

Case number *(if known)* _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br>**Dates business existed**<br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   **Howard Tseung**<br>Name<br>**700 Highlander Blvd., 310**<br>Street<br>_____<br>**Arlington, TX 76015**<br>City          State     ZIP Code | From **10/01/2021**  To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | From _____  To _____ |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Howard Tseung**<br>Name<br>**700 Highlander Blvd., 310**<br>Street<br>_____<br>**Arlington, TX 76015**<br>City          State     ZIP Code | _____<br>_____<br>_____ |

Debtor    Manzup LLC
_____    Case number *(if known)* _____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Maru, Seng Nu**
Name

**8749 Rock Hibiscus Dr.**
Street

_____
**Fort Worth, TX 76131**
City                          State              ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    **Headway Capital LLC**
Name

**4700 Daybreak Pkwy, Suite 200**
Street

_____
**South Jordan, UT 84009**
City                          State              ZIP Code

| Name and address |
|---|

26d.2.    **Byzfunder**
Name

**530 7th Ave. Ste. 505**
Street

_____
**New York, NY 10018**
City                          State              ZIP Code

| Name and address |
|---|

26d.3.    **Forward Financing**
Name

**53 State Street, 20th Floor**
Street

_____
**Boston, MA 02109**
City                          State              ZIP Code

| Name and address |
|---|

26d.4.    **Itria Ventures LLC**
Name

**One Penn Plaza 4520**
Street

_____
**New York, NY 10119**
City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    **Manzup LLC**    Case number *(if known)* _____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

_____
Street

_____
City                State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **San, Brang** | **8749 Rock Hibiscus Drive Fort Worth, TX 76131** | **Managing Member,** | **50.00%** |
| **Maru, Seng Nu** | **8749 Rock Hibiscus Dr. Fort Worth, TX 76131** | **Managing Member,** | **50.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ , _____ | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Maru, Seng Nu** | **$59,100.00** | _____ | **Wages** |
| Name | | | |
| **8749 Rock Hibiscus Dr.** | | | |
| Street | | | |
| **Fort Worth, TX 76131** | | | |
| City        State    ZIP Code | | | |

| Relationship to debtor |
|---|
| _____ |

Debtor  **Manzup LLC**
   Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. **San, Brang**                     **$59,100.00**                   **Wages**
Name

**8749 Rock Hibiscus Drive**
Street

**Fort Worth, TX 76131**
City           State    ZIP Code

Relationship to debtor

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/07/2025**
         MM/ DD/ YYYY

**X** **/s/ Seng Nu Maru**            Printed name          **Seng Nu Maru**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **Malizup LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Headway Capital LLC 4700 Daybreak Pkwy, Suite 200 South Jordan, UT 84009 | | MCA | Contingent Disputed Unliquidated | | | $125,447.00 |
| 2 | Byzfunder 530 7th Ave. Ste. 505 New York, NY 10018 | | MCA | Contingent Disputed Unliquidated | | | $76,194.00 |
| 3 | Bank of America PO Box 660441 Dallas, TX 75266 | | Revolving Debt | | | | $60,102.00 |
| 4 | Itria Ventures LLC One Penn Plaza, Suite 3101 New York, NY 10119 | | MCA | Contingent Disputed Unliquidated | | | $40,382.00 |
| 5 | Parafin 301 Howard St. Suite 1500 San Francisco, CA 94105 | | MCA | Contingent Disputed Unliquidated | | | $22,461.00 |
| 6 | Forward Financing 53 State Street, 20th Floor Boston, MA 02109 | | MCA | Contingent Disputed Unliquidated | | | $9,000.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    **Malizup LLC**
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Malizup LLC**                                             CASE NO

                                                                   CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___**08/07/2025**___     Signature _____**/s/ Seng Nu Maru**_____

                                                     Seng Nu Maru, Managing Member

Ariel Bouskila
1545 Route 202, Ste 101
Pomona, NY 10970


Bank of America
PO Box 660441
Dallas, TX 75266


Byzfunder
530 7th Ave. Ste. 505
New York, NY 10018


Celtic Bank Corporation
268 South State St. STE 300
Salt Lake City, UT 84111


Constantine Z. Pamphilis
1415 Louisiana Street
Houston, TX 77002


Dallas County Tax-Assessor
Collector
500 Elm Street
Dallas, TX 75202


Forward Financing
53 State Street, 20th Floor
Boston, MA 02109


GM Financial
P.O. Box 650595
Dallas, TX 75265-0595

Greatlands Texas, LLC
3100 Monticello Ave
Dallas, TX 75205

Headway Capital LLC
4700 Daybreak Pkwy, Suite 200
South Jordan, UT 84009

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
One Penn Plaza, Suite 3101
New York, NY 10119

Seng Nu Maru
8749 Rock Hibiscus Dr.
Fort Worth, TX 76131

Office of the United States
Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242

Parafin
301 Howard St. Suite 1500
San Francisco, CA 94105

Brang San
8749 Rock Hibiscus Drive
Fort Worth, TX 76131

Texas Attorney General's
Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public
Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Comptroller of Public
Accounts
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:                                                                                    CHAPTER  **11**
**Malizup LLC**

DEBTOR(S)                                                                      CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Seng Nu Maru** 8749 Rock Hibiscus Drive Fort Worth, TX 76131 | Member | 50% | Interest |
| **Brang San** 8749 Rock Hibiscus Drive Fort Worth, TX 76131 | Member | 50% | Interest |

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Managing Member**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date:  **08/07/2025**_____                    Signature:  **/s/ Seng Nu Maru**_____
                                                                                        *Seng Nu Maru, Managing Member*